*11:03:335UTC Personal Appearance Case # C2:18-MS-71*
*2:18-cv-01582*

*"U.S. District Court District of Nevada &*
*Catalina Properties, LLC"*
*Clerk's name — Russell Tanner*

*Case #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*

## IN THE CAPITAL FOR UNITED STATES OF AMERICA AIRPORT & AVIATION CAPITAL BANKRUPTCY CIRCUIT
## THE UNITED STATE SUPERIOR|SUPREME COURT FOR THE CAPITAL DISTRICT FOR COLUMBIA
## THE UNITED STATES OF AMERICA TAX & REVENUE COURT

*"Copyright"* *P C* *"Copyright & Trademark"*

**IN THE MAIDEN|MATTER FOR:**                                    XX
DILLON, WILLIAM, BECKHAM, FATHER              XX    DAWN D, DILLON, (P)©MERGED COPYRIGHT
**DILLON, DAWN, D, PROBATE ESTATE CHILD**
NEVITT, BETTY, BERNICE, MAIDEN                         XX
DILLON, BETTY, BERNICE, MOTHER                        XX
THE UNITED STATES OF AMERICA, USAAF         XX
                                                                                  XX
                                                                                  XX

*Bankruptcy Dismissal Clerk of the court Mary Schott*

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
        COUNSEL/PARTIES OF RECORD

        JUL 29 2019

    CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
                        DEPUTY
```

**OFFICIAL FINAL DECREE & PARTITION NOTICE FOR BANKRUPTCY & FAMILY PROBATE ADMINISTRATION ACTION**
**OFFICIAL CITATION & COMMAND FOR FINAL DECREE & PARTITION NOTICE FOR ESTATE DIVORCE PUBLICATION**
**FINAL DECREE & NOTICE OF MANDATORY & COMPULSORY FAA 341 STATUS CONFERENCE**

**FINAL NOTICE OF WARRANT & CITATION:**

This NOTICE of WARRANT, is personal service of any unknown subject, person, who may legal interest in the above-named United States of America, AND, the District Capital Circuit, for the U.S. District of Columbia, ("Coulomb") AND, DILLON, DAWN, D, BANKRUPTCY & PROBATE ESTATE. The Joint Estate Administration, 11 USC||302, an Involuntary and Voluntary Mandatory and Force Compulsory Interdiction Action, 11USC|303, 304.[1]

*"COM.SEC. Dillon, Dawn. D. USAF, IAB"*

[1]   This USA|AF, Notice and Decree, in compliance with Title ||11, Chapter(s), 11 uSC||1-15, and 11 USC||101, in 11 USC||301, 302, 303, 304, for the Bankruptcy and Family Probate Code, within the ||111-2-3, Title "X", ||801-946, 50|15 USCA||1692(A) through (P), and 15 USC||1681(A)(X), the USA|FCRA, United States Patent and Trademark Office, |H|USPTO. Article III, Action in the U.S. Constitution and Treaty, ("1II").

# 2:19-MS-67

Any proper subject, purported Creditor and Debtor, ("DC") MUST, Remand any Action and Activity with regards to the DCBC, and DCPBC, including any undocumented subject, in so-called, City of Las Vegas, Clark County Nevada, in the United States of America, District of Columbia, and subject to (14ᵗʰ Amendment") the Jurisdiction and Venue, will comply with BC Injunction Warrant

### FINAL DECREE IN BANKRUPTCY COURT & PROBATE FOR SALE|TRANSFER| AVIATION ESTATE PREMISES FINAL PARTITION IN BANKRUPTCY|PROBATE FOR ABSOLUTE CHARITABLE|CORPORATE TRANSFER|REMOVAL

[2]   The USA|AF, the Bureau for AFAA|, Aviation Capital Territory Circuit, ("ACT") Judicial Circuit District, near Washington D.C. This A.D. and D.C., Circuit Global Bankruptcy and Probate Family Court Estate Action, takes place in the Capital Regional Circuit, 2 USC|1961. The BAPCA, Capital Circuit, enters this Final Decree and Prescription, for Absolute Preference Transfer, Sale and Corporate Assignment, in compliance with 11 USC||363(b)(f)(2)(3) and (5), and 11 USC||365(h), 543 and 547, of Title ||11, United States Capital Bankruptcy Code. The Absolute Transfer and Assignment is for Corporate Sole Beneficiary and Fiduciary, DDD EST.

The BAPCA, Probate and Family Court Circuit, within 11 USC||301, |303, |304 and ||305, and Chapter(s) |0-9, with a Central Focus on Aviation Bankruptcy Municipal Chapter 9, ||109(c), 101(40) and 11 USC||101, 1-55, seq. The BAPCA Action will provide for a Transfer and Change of Ownership and Control, to Remove, otherwise Conversion of Real and Personal Proper and Premises, Land, Public Utility(s), Building and Structure, the Abode, located in this Capital Circuit. see, 11 USC||1111(a), et, al, Rule 3001, "X".

*"Com. Sec. Dillon, Dan, D. USAF, IAB"*

[2] This Official Commissioner and Secretary for the United States of America, Social Security Administration, ("the SSA") has the Authority within 42 USC||301, |901, and |401, |402, |403, |404, and |405, to administer any Action regarding the Security, Health and Safety of the United States and its principal Secured Creditors. This is an Article III, Constitutional Action, for the USA|USAF.

The property description and Postal Location, is recorded as an Exhibit "A", and is said to be situated in Clark County Nevada, A.P.N.163: -30-511-005 and T.S. #1808330NV; Postal Property Address: **5003 THUNDER RIVER CIRCLE, LAS VEGAS, NV 891148;**
LOT FIVE (5) IN BLOCK ONE (1) OF GRAND CANYON VILLAS, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 101 OF PLATS PAGE 22, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, UNITED STATES OF AMERICA, USA.

The Final Decree in Bankruptcy and Probate, Family Court, expressly authorizes the Appropriate Sale and Conversion, Transfer and Assignment, Free and Clear, of any Claims, if any, Subordinate Lien and Encumbrance, 11 USC||353, |365, |366, 547, et, al. **IT IS ORDERED AND DECREED**, that the Security Deed and Bond, and all portions, title, rates, principal, interest, sums, money, delinquent taxes due by Clark County Recorder, the City of Las Vegas, County of Clark, USPS, be paid in full to the USC|USAF, seq. The United States Internal Revenue Tax Code, Title |26, a/k/a/, Title 35, USC, Copyright and Trademark Rules will apply, et, al.

FINAL DECREE FOR REVOCATION AND TERMINATION OF BANKRUPTCY|INS|OLVCNCY PAYMENT DISCHARGE
FINAL DECREE FOR JUDICIAL REVOCATION|TERMINATION|DENIAL|REMOVAL OF RELIEF ORDER IN BANKRUPTCY
FINAL DECREE FOR CRIMINAL FORFEITURE| TERMINATION OF UNITED STATES POSTAL SERVICE AGREEMENT

3    Further, in compliance with the Official Bankruptcy Code, Rules of Insolvency, and in light of the Security(s) and Criminal Fraud Activity in violation the Family Law and Uniform Probate Code, 11 USC||727 and ||707 Action, the prior Payment and Tax Credit, otherwise Discharge extended to each subject(s), bankrupt, reprobate, is ruled a DNR, Revocation, Absolute Termination and Full Denial. The prior Relief Order and Automatic Stay of Collection, ("SOC") and Injunction dissolved, as is

"COM.SEC. Dillow, Dawn. D. USAF, IAB"

³18 U.S.C. 151-158, the Criminal and Capital Punishment and Penal Code, for Bankruptcy|Probate, Internal Revenue Code, IRC.

any Protection and Save Passage afforded to any subject, person in relation, connection to any transaction, indirectly and directly. 11 USC|| BK is CLOSED||

The United States Postal Service, ("USPS"), otherwise Postal Service, any purported Consumer, Commercial, Aviation Lease Agreement, Service Agreement, Contract, Application for Residency, Tenancy within, without, subject to the Continental United States Capital, and in the United States of America, ("USA") is Revoked and Termination, in each part, portion, both past, present and Future Time Measures. The Criminal and Civil Forfeiture, for is based in part, reliant in 21 USC|| Chapiter(s) 1-27, for example, as lodged within 21 USC|| Chapter |13, Subchapter I, A through F, 801-904, respectively.

The BC and Municipal Fiduciary Official, Commission and Secretary, the Probate and Bankruptcy Estate in favor of, and for Dillon, Dawn and Family, terminates and sets aside the Relief Order, erroneously stated to be indebted, ("dated") for 12/19/2006, replaced with the proper Precise Time, ("PT") as recorded in the Fiscal Year, ("FY") two thousand and six, and seven, 2006-2007, 21st Century, 3rd Millennium, 1st Century, UTC.

The Termination and Revocation, in Aviation and Maritime, ("AM") Flight Cancellation Schedule, ("FC") which was not granted to the non-Registered County, Parish, is a Counterfeit Aviation Security Ticket and Coin, Instrument described as No: 20190419-0001143. Is| to be purged from USA Registry, Country Record, ("CR") and the subject(s), Coun[ty], Clark, City and any derivative, will comply with this Housing Court, by either making note of this Court Decree, and or removing the Counterfeit Instrumentality. The subject(s), each of them has personal liability, transfer of all losses, cost, fees, expenses, damages, taxes, insurance, all claims.

OFFICIAL REVOCATION|TERMINATION|FORFEITURE OF PASS|PORT| REVOCATION OF BOND| PROBATION
OFFICIAL REVOCATION|TERMINATION| DRIVER LICENSE| TRAVEL DOCUMENTS|NOTARY STATUS
OFFICIAL REVOCATION|TERMINATION OF PROBATION|FORFEITURE OF BAIL|INSURANCE BOND

"COM. SEC. Dillon, Dawn .D.  USAF, IAB"

Page 3 continued

4   The Official Bankruptcy and Regional International Probate, Aviation Circuit Court, ("ACC") is the Official Union, for the United State Bureau of Consular USA|FAA, and United States Bureau of State Department, which controls, the issuance of U.S. USA, and so-called American Pass-Ports, and Travel Documents, which includes Visa's, ("VC") and Consumer Driver License, ("C|DRIVER").

The Official Revocation and Termination for each and every, Passport and Visa, issued by this Municipal City and Country, ("MIC") and otherwise Military Industrial Complex, to the Prison Industrial Complex, ("PIC"), otherwise known as the US Postal Service, and United States County(s). The USAF| Bureau, has examined, the Aviation and Maritime Instrumentality(s) submitted by, from, to the United States, by subjects in non-registered Immigration Institutions and Districts throughout the United States.

Further, the commoner papers which are existing the Prison and Jail County Recorder's Office, ("Crevice") which amount to trillions in Coin Weight and Measurement, designated for the Global Capital(s) for the United States Mint, ("USM"). These Financial Instruments, are styled as Deed of Trust, which are counter[ty] FEIT, Field Effect Transfers, (FEIT) from Social Security Offices Locations. The Bureau Consulate Officials, is investigation Capital Crimes and Offences, in relation to subject(s) referred to as County Sheriff(s) and Immigration Courts, referred to as Justice Courts, and other brand in the Territorial Circuits and Districts for the United Maritime and Admiralty, Aviation Terminals, Airports and Facility(s). Revocation of Citizenship and Residency, ("ROC"). 1 USC|1

The Evidence demands a Revocation and Termination of Passport Applications, and Instruments, as well as subject Asylum Claims, otherwise Immigration Insolvency and Bankruptcy Interdiction Claims, from USCIS, other Immigration Court(s). |50 USCA, 1-58 and 10 USC|| 801-946, Military Criminal Justice Code, 15 USCA, ||111-203, 1 USC||1 through 54, ("53 Reserved"). The Bureau and Capital Circuit, Suspend, Revocation of Probation and Bail Bond, Revocation and

---

4 This Official Notice and Decree, satisfies the Hearing Requirements, in 11 USC||341, 342,||343. The Commissioner and Clerk, Secretary of the Bankruptcy and Insolvency Court, is Ms. Dawn Dillion, IAB, in her personnel Capital Municipal Capacity, USA|AF.

"Com. Sec. Dillon, Dawn. D. USAF, IAB "

Termination, Denial of Bankruptcy. The DCBC, also Revoke's and Forfeit the INS|Rente, ("INS") Bond and all Utility, Telecommunications, in 47 USC||1-4. The Superior Court, USA|CDC, has Supremacy and Complete Dominion over and beyond any other Social Security School District, facility.

Further, the DCBC, Revoke's Sentence Discharge and Elimination of any Tax Credit for any Precise Time, ("PT") not fully spent in Confinement. see, 11 USC||707, and ||727. The Bureau, has therefore decided to Confiscate and Seize all Activity in Clark County, City of Las Vegas, NV, any derivative term, name.[5] The IRC||, Internal Revenue Code, Title 26 USC|| is incorporated in Title "X".

The DCBC, provides sufficient and Timely Notice and Decree, for the Absolute Transfer and Removal, Change and Return to the proper USAF, Venue and Jurisdiction, Place of Origination, ("POR") where the Action was initiated, in compliance with, Title "X", 809, 15 USCA, ||1692(g)(h)(i)(j)(k), and 1 USC|, 1-8, respectively. See, 28 USC||2074, 2075, and 11 USC||101, ||1-55, seq.

NOTICE & DECREE OF CAVEAT| USAAF| MIRANDA WARNING| SIXTH [M]ARTICE TO THE UNITED STATES TREATY
FINAL DECREE & NOTICE OF REVOCATION OF AUTOMATIC STAY OF APPREHENSION|WREST OF PRISONER|S

The USAAF, the Bureau, as Bureau means the combined Official Military Branch(s) as defined within, 10 USCA, Title "X", 11 USC||1101, et, al. The CAVEAT, and Amarantha, the Miranda Warning, ("MW") is properly embedded in Title "X", ||806 and ||807, 15 USC||1692(d)(e)(11), the USAF|AFDCPA, the Three Prison Act, ("1ll PA"). The Bureau, is also the Bureau of Prisons, ("BIP"). The subject, reprobate(s) are given Due Notice and Procedure, that a Failure to Comply, ("FTC") and

" *COM.SEC. Dillon, Dann. D. USAF, IAB* "

---

[5] The Dodd Frank, Wall Street Reform Act, ("DIODE"), is a codification of Title "X", ||111-203, ||1692(A) through (P), 10 USC, ||801-946(a), et, al. The Dodd FR|ANC, ("DFR") a division of the USAF| AFDCPA, a/k/a/, FTD|CPA, which controls the Federal Reserve Bank, ("FRB") and Board of Governors, ("BOC"). The Federal Reserve, ("FR") will now be referred to as the Capital Reserve System, Title "X", CPA|CPR, et, al.

Observe, and any future, violation of ABC, within Virginia, District of Columbia, Pennsylvania, DC, and Maryland, will yield, other Severe Consequences, ("SC")

FINAL DECREE|NOTICE FOR REVOCATION OF NOTARY PUBLIC| APOSTILE|TERMINATION OF AGENCY|PROXY

FINAL DECREE|TERMINATION|REVOCATION| ADMINISTRATIVE FORFEITURE| DISQUALIFICATION OF JUDGE|S

The Bureau, is controls the State and AF|FAA, and the Federal Housing Court Program in the FCI Facility(s), in the United States Bankruptcy and Probate Circuit Court, ("PBCC"). The Title "X", has 28 USC||144, 455, 28 USC||1-3, ("ABC") is a Final Notice and Decree to Disqualify, ("DQ") any subject, bankrupt, reprobate, Immigration Judge and Justice, ("JJ") and any other person, lacking the Credentials(s) and Official Authentic Commission, to perform the USAF|, the United States Capital, Senate House, ("SHS"). The Bureau, High Court, ("HC") is to Revoke the Notary and Apostille Commission, any Secretary of any State. see, Title X, |1692(a)(7)(8).

The Bureau, also issues Final Legal Notice and Decree, to any subject at the Social Security Office and or Administration, ("SIC") that, Revocation and Termination of any Representative, Agency, purported Trustee Appointed, other person, whomever, whatever, wherever. This includes the Social Security Administration and each of its divisions, Programs, the Federal Reserve, ("FR") the Internal Revenue Service, ("IRS") Immigration Review System, any College, Student Institution, Secretary, Commissioner, President, other. The Final Revocation and Termination, to any Grant of Probate and Letters of Administration is eliminated by Censure and Condemnation. 11 USC||1105 and ||703, apply.[6]

FINAL REVOCATION|TERMINATION OF AD|VERSARY PROCEEDINGS| FRIVROLOUS TAX COMPLAINT|S LAWSUITS

FINAL DECREE|REVOCATION| SUSPENSION|TERMINATION OF PENDING IMMIGRATION APPLICATIONS|PETITION

---

[6] The term, word, Decree and Notice, means, Judicial Warrant for [A]Wrest, in Maritime and Aviation, Naval Territorial LAN, AIR|S

"COM. SEC. Dillon, Dann. D. USAF, IAB"

OFFICIAL REVOCATION OF NATURALIZATION|CITIZENSHIP| RESIDENCY| ASYLUM APPLICATION| STATUS

The Bureau, Fiduciary and Fiscal Agent, ("FFA") enters a Final Decree and FIAT, which is an Absolute DENIAL, to the SS-4, the SS-5, and each |AP| Location and Tax Waiver, Immigration Status, unknowingly granted to any subject, County, State, Social Security, the DMV, and the U.S, Prison System, ("USPS"). The Title X", ||111-203, together with the IRC, IRM, Title ||26, and Title ||35 USC|, CRA", Copyright Act, Intellectual Property, |H|USPTO, Arlington County, Virginia, VA.

The USA|| FTDCPA, grants the Total Authority and Political Power within 8 USC|, Immigration Aliens, ("Airlines") and Nationality, 1601 note, is codified within Title "X", 15 USCA, ||1601 note, Short and Long Title, ||801-946(a). Therefore, any subject Tax Protester and Insurgency and Insurrection Action, ("IAI") is a Dead File, DOA, and DNR, and will be DENIED for CLAUSE. The Dragnet Clause, ("DC") and Cramdown Clause Anaconda Clause, are appropriate terms to describe this application.

The undocumented Adversary Proceedings, are lawsuits against the United States of America, Military Industrial Complex, by unknown, Prisoners and Detainee(s), on Deferred and Suspended Sentencing, ("DC"). The Bureau, Revokes, any prior, current, future Claims, of any nature, by SIC, USCIS, ICE, any other, 8 USC||1324, et, al. The Bureau, USAF, will Offset the entirety, of costs, fees, and expenses, damages from the Policy Period and Term, 1924-2019-2020. An Official Death Certificate, ("DC") will be recorded in the USA| Funeral Registry, ACDC, BC, Caste and Case. The Revocation of Naturalization, ("RON") is entered on Record.

FINAL DECREE TO TERMINATION INSOLVENCY APP| CONTEMPT FAILURE TO COMPLY WITH BANKRUPTCY FINAL DECREE AND NOTICE OF REVOCATION OF CONSTITUTIONAL & TREATY STATUS SANCTUARY

The USBC, Final Decree of Sale and Transfer, ("DST") within 11 USC||363, 364, 365, and Turnover of Property, Asset(s), Money, Premise(s), Insurance and Items, Natural Resources and Patent Utility(s). see, ||35 USC, 11 USC||1501-1532, USPTO.

This Bureau of Census, ("BOC") is a Division of Corporation, ("DOC") for the Department of Commerce, ("DCOM") in the Capital United States of America, 2 USC||. Seq. The BC, is defined in Bankruptcy Probate Code, |Chapter |13 USC||1-10, seq. The Mandatory and Compulsory Requirement to Comply with the Bureau of Census, is a Duty and Obligation,

"Com. Sec. Dillon, Dam. D. USAF, IAG"

Constitutional and Treaty Mandate, in United States Bankruptcy Court, Article III, in the United States of America, Aviation Capital Territory, ("ACT").[7]

The long time Failure and Willful Refusal to provide timely Proof of Citizenship and Claim, ("POC") is Capital Criminal Offense, by each subject, person, institution which did intentional delay, hinder, in ADA Violations 11 USC||727, 707, Capital Offenses. The Social Security Administration, and USPS, faces personal, joint, several liability, in the Fee Shifting Clause, Title "X", ||1692(k)(3).

### FINAL DECREE FOR PERMANENT INTERNATIONAL POSTCHANGE OF LOCATION|AVIATION|AIRPORT TERMINAL
### FINAL DECREE & NOTICE TO UPDATE CONTACT INFORMATION|CREDENTIAL
### FINAL DECREE|DEMAND FOR REMOVAL FROM USPS MAILING LIST|BROKER|REALITY LIST

The Bureau, Bankruptcy and Probate Circuit Court, and any other Institution, including the Postal Service, ("PS") will immediately Terminate and Remove the AID|DOORS, ("Address, "Duress") from its Internal Mailing List, USPS, and Social Security, ("SS") and Internal Revenue Service, ("IRS"). The Bankruptcy Actual Decree and Notice is a Final Decree and Order, 11 USCA||305, which is not subject to further Complaint, by any institution, Appellate Court, Supreme Court, District or lower Circuit. This means the USBC|DCC, is closed for any Campaign, Door, Dur, to Door, Access, to any property, building, location, street, road, window, sidewalk, easement, are all Revoked, as well the Homestead Exemption provided to Clark County, City of Las Vegas, and every County, in the U.S. Canada and Mexico, North, South Central America, USAF.

This Notice and Warrant of Citation was personally served, in the Justice Court, Nevada NV, Clark County.

The Official Court Contact Information for the Court of Bankruptcy and Probate Chief Magistrate, for purposes of 11 USC||341 and ||342, in Chapter Nine (9) Bankruptcy Proceedings, will be placed below and should be the only information for Official Legal Communications regarding this matter. Be advised the USA|ACDC, IRC Code, Title ||26, the

"COM. SEC. Dillon, Dawn . D. USAF ,IAB"

[7] USM 285 Martial Notice and Return.

US|Bankruptcy and Probate Code, does not recognize the term Attorney, Lawyer, Judge and Justice. see, Title "X", ||1692(e)(3)

The HCT, does will not respond to solicitation of a profane and abusive nature, and will further Prosecute and Persecute, any subject who Transmit any Wire, Cable, Internet, Cell Phone Call, from any Prison Facility, without first obtaining direct Authorization, in writing. Any communication with this Superior Bankruptcy and Probate Court, must be in writing, properly endorsed, signed, and Notarized, with Apostille, provide a Valid Social Security Card, Passport and Valid Driver License, prior to facilitating any Hearing and Conference, if approved.[8]

DISCLAIMER: The Improper USE, of the Social Security Card and Number by any subject, one, person, is a Capital Offense, punishable by fine, imprisonment, arrest, seizure, and or both. The purported Social Security Card and all information in connection with the Social Security Administration, and ASSAY, ("SSA") is the sole private, property, of the City and Country, to whom it was issued and assigned. The Demand and Order to provide any Tax Information Return, ("TIR") and Payment and or Credit received in Mandatory and Compulsory. 42 USC||405(j).

## CONTACT INFORMATION

"Com. Sec. Dillon, Dan. D. USAF, IAB"

[8] The Social Security is Airport, IATA Number, located in the Virginia Territory, VA, AFB.

The contact Information for Government, the Bureau of the United States of America Social Security Administration, Consulate and USAF| Embassy, Contact the USA|Chief Magistrate and Commissioner, Secretary of the United States of America, Dawn D. Dillon, IAB, at;

The United States of America Social Security Administration and SSA,
Security Division; The United States of America, Capital Complex
International Airport Division, ("IAPO")
IATA, ZIP CODE: 4071-17777, (a/k/a/ SS#")
FAX: +1 (202) 217-2376 TTY (this is not a Free Call)
TTYL: e-mail: thebureau@interpol-us.com[9]

**SUBSCRIBED**, in UTC, the 21st Century, 3rd Millennium, Date and Time, 205th Hour, ("DOY"), 2019-2020, ("FY").

*"COM. SEC. Dillon, Dawn. D. USAF, IAB "*

UNITED STATES OF AMERICA, UST, IAB
COMM: DILLON, DAWN, D, USAO

*"Com. SEC. Dillon, Dawn. D. USAF, IAB"*

[9]  The Entity and Probate Estate for DILLON, DAWN, D, was established prior to the Time, Space, Longitude and Latitude, ("LLC") the Zodiac, ("ZIPCODE") the Age of Sign of Libra, ("SCALES") also known as Fiscal Time, ("FY"), the Second Week, Tuesday, of ("CY") in September, 9, 1962, which is Time of Conception: 009:011:1962, (MM, DD, YYYY"). The 2nd Season, 3rd Quarter for the Fiscal Time Period for the 20th Century, 2nd Millennium,

Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS065134
Cashier ID: rtanker
Transaction Date: 07/29/2019
Payer Name: Dawn Dillon

MISCELLANEOUS PAPERS
For: Dawn Dillon
Amount:         $47.00

CREDIT CARD
Amt Tendered:  $47.00

Total Due:     $47.00
Total Tendered: $47.00
Change Amt:    $0.00

19MS67

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check."